■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SYLVESTER KENNEDY, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant's contention that the court's charge on intoxication was erroneous was not preserved for review since there was no exception or request (CPL 470.05). In view of the strong evidence of guilt, there is no reason to reach the issue in the interests of justice. In any event, the charge, taken as a whole, would not constitute reversible error (*see, People v Mitchell,* 72 AD2d 920). The other claimed errors were either not preserved for review or are without merit. (Appeal from judgment of Monroe County Court, Mark, J.—arson, first degree.) Present—Hancock, Jr., J. P., Doerr, Denman, O'Donnell and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL MASSEY, Appellant. (Appeal No. 1.)—Judgment unanimously reversed, on the law, plea vacated and matter remitted to Monroe County Court for further proceedings on the indictment. Memorandum: Defendant's plea of guilty must be vacated since the plea was induced, in part, by the understanding that the sentence would run concurrently with a sentence imposed for a conviction now set aside (*People v Fuggazzatto,* 62 NY2d 862, 863; *People v Rogers,* 48 NY2d 167, 175; *People v Clark,* 45 NY2d 432, 440). (Appeal from judgment of Monroe County Court, Cicoria, J.—burglary, second degree.) Present—Hancock, Jr., J. P., Doerr, Denman, O'Donnell and Pine, JJ.